IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANGELA D. GARRETT,

    Plaintiff,

vs.                                     CASE NO. 5:04cv65-RH/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff seeks an attorney's fee pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  Doc. 52.  Plaintiff requests a fee of $4,360.74 for a total of 27 hours of work for three attorneys based upon an hourly rate that varies from $151.65 in 2004 to $164.86 in 2007.  *Id*.  Defendant does not object to the amount, but correctly notes that under EAJA, the fee is paid to the prevailing party.  Doc. 54.  The fee sought is reasonable.

Therefore, it is **RECOMMENDED** that the court **GRANT** Plaintiff's motion for an EAJA fee, doc. 52, and **ORDER** that Defendant promptly pay Plaintiff $4,360.74 as a reasonable EAJA fee.

**IN CHAMBERS** at Tallahassee, Florida, on July 31, 2007.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**