IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANGELA D. GARRETT,

    Plaintiff,

v.                                           CASE NO. 5:04cv65-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING FEES

This matter is before the court on the magistrate judge's report and recommendation (document 55), and the objections thereto (document 56). I have reviewed *de novo* the matters addressed by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the opinion of the court. Plaintiff's motion for attorney's fees (document 52) is GRANTED. Fees are awarded to plaintiff in the amount of $4,360.74.

SO ORDERED this 28th day of August, 2007.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge